674

*Monarch,* and *L. W. Post* for respondent.

No. 401. PARTS MANUFACTURING CORP. *v.* LYNCH, SPECIAL AGENT, ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving R. Kaufman* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for respondents.

No. 402. JAMES HEDDON'S SONS *v.* MILLSITE STEEL & WIRE WORKS, INC. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Samuel W. Banning* and *Ephraim Banning* for petitioner. *Mr. L. W. Bugbee, Jr.* for respondent.

No. 404. SHULTZ ET AL., CO-EXECUTORS, *v.* MANUFACTURERS & TRADERS TRUST CO., CO-EXECUTOR, ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ellsworth C. Alvord* for petitioners. *Messrs. Harold R. Medina, Louis L. Babcock,* and *Noel S. Symons* for Manufacturers & Traders Trust Co. et al.; and *Mr. John W. Drye, Jr.* for Thomas C. Eastman et al.,—respondents.

No. 408. PRESTON *v.* BUNKER HILL STATE BANK ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. O. B. Martin* and *Albert L. Orr* for petitioner. *Messrs. Hayes McCoy* and *R. O. Mason* for respondents.